JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARIO MENENDEZ,<br><br>    Defendant. | CASE NO. CV 11-06313 MMM (JCGx)<br><br>JUDGMENT |

On June 15, 2012, the court entered an order granting the government's motion for summary judgment. On March 6, 2013, the court entered an order assessing a civil penalty against defendant. Accordingly,

IT IS ORDERED AND ADJUDGED:

1. That Mario Menendez pay a civil penalty pursuant to the Financial Institutions Reform, Recovery and Enforcement Act of 1989 ("FIRREA"), 12 U.S.C. § 1833a, in the amount of $40,000;

2. That the action be, and it hereby is, dismissed.

DATED: March 6, 2013

                                                                  MARGARET M. MORROW  
                                                                  UNITED STATES DISTRICT JUDGE